**Order entered September 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00196-CV

### A.W.E., Appellant

### V.

### D.M.F.N., ET AL., Appellees

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11265**

## ORDER

Before the Court is appellees' September 28, 2020 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 26, 2020**.

/s/    BILL WHITEHILL
       JUSTICE